NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1109, -1458

COLLEGENET, INC.,

Plaintiff-Appellee,

v.

XAP CORPORATION,

Defendant-Appellant,

and

APPLICATIONSONLINE, LLC
and THE COMMON APPLICATIONS, INC.,

Movants-Appellants.

Appeals from the United States District Court for the District of Oregon
in case no. 03-CV-1229, Judge Anna J. Brown.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

Upon consideration of the joint motion to stay the briefing schedule pending completion of settlement,

IT IS ORDERED THAT:

(1)    The motion is granted.  If these appeals have not been dismissed within 90 days of the date of filing of this order, the appellants must file a status report with the court.

(2)    All other pending motions are denied as moot.

FOR THE COURT

SEP 17 2009
—————————————
Date

/s/ Jan Horbaly
—————————————————
Jan Horbaly
Clerk

cc:   Steven E. Tiller, Esq.
      Scott D. Eads, Esq.
      Michael T. Garone, Esq.

s8


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 17 2009

JAN HORBALY
CLERK